# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SCOTT HEARD, individually and on
behalf of all others similarly situated,　　　　　Case No. 2:24-cv-11797

　　Plaintiff,　　　　　　　　　　　　　　　　Hon. Jonathan J.C. Grey

v.

ATLAS OIL COMPANY,

　　Defendant.
_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to dismiss this action, with prejudice, with all parties to bear their own costs and attorneys' fees.

**IT IS HEREBY ORDERED** that this action, including all claims, counterclaims, and cross-claims that were brought, or that could have been brought by the parties, are **DISMISSED WITH PREJUDICE**. All parties will bear their own costs and attorneys' fees.

**SO ORDERED**.

This is a final order and closes the case.

　　　　　　　　　　　　　　　　　　　　**s/Jonathan J.C. Grey**
　　　　　　　　　　　　　　　　　　　　Jonathan J.C. Grey
Dated: January 2, 2025　　　　　　　　　United States District Judge

2

Stipulated:

/s/ Gary Klinger (w/consent)
Gary Klinger
Milberg Coleman Bryson Phillips
Grossman, PLLC
227 West Monroe St., Ste. 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff*

/s/Timothy J. Lowe
Timothy J. Lowe (P68669)
McDonald Hopkins PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 646-5070
tlowe@mcdonaldhopkins.com

*Attorneys for Defendant*

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 2, 2025.

                       s/ S. Osorio
                       Sandra Osorio
                       Case Manager